# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **MICHAEL ALGERNON BROWN,** | : | |
| **Plaintiff,** | : | |
| vs. | : | |
| | : | NO. 5:25-cv-120-TES-CHW |
| **Warden GREGORY SAMPSON, et al.,** | : | |
| | : | **ORDER** |
| **Defendants.** | : | |

    The Court received Plaintiff's February 26, 2025 seventeen-page amended complaint, three-page statement of claim, and two-page "beilf" (sic) on the same date it mailed to Plaintiff an Order to recast his complaint. ECF No. 6; ECF No. 7. Plaintiff is to follow the instructions contained in the May 6, 2025 Order and file a recast complaint that will take the place of his original complaint and the February 26, 2025 amended complaint and attached documents. ECF No. 7. The recast complaint that Plaintiff files in response to the Court's May 6, 2025 Order will be the operative pleading in this action. The Court notes that Plaintiff's amended complaint and attached documents are largely illegible. In his recast complaint, Plaintiff must write legibly, file a complaint no longer than ten pages that does not contain exhibits, attachments, or briefs, and follow the additional instructions in the May 6, 2025 Order. Failure to do so will result in dismissal of this action.

    So **ORDERED**, this 7th day of May, 2025.

                                                  s/ Charles H. Weigle
                                                  Charles H. Weigle
                                                  United States Magistrate Judge