IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL ALGERNON BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00120-TES-CHW |
| | * |
| WARDEN GREGORY SAMPSON et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 8, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 11th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk